MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant, and COLUMBIA CASUALTY COMPANY, Defendant.— Judgment and

order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.